**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:15-cv-00171-RJC-DCK**

| | |
|---|---|
| **JESSIE FLUKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **GENUINE PARTS COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court <u>sua sponte</u>. On June 14, 2016 this Court issued a scheduling order that, among other things, set October 7, 2016 as the deadline by which to complete a Mediated Settlement Conference and file a report on the results (the "mediation deadline"). (Doc. No. 13). On October 17, 2016, after missing the original mediation deadline, Defendant Genuine Parts Company ("Defendant") filed an Unopposed Motion for Extension of Time, which the Court granted, extending the mediation deadline to October 28, 2016. (Doc. Nos. 14, 15). On November 23, 2016, after again missing the court-ordered mediation deadline, Defendant filed another Motion for Extension of Time, which the Court yet again granted, extending the mediation deadline to January 6, 2017. (Doc. Nos. 16, 17). In that order, the Magistrate Judge instructed Plaintiff and Defendant (collectively, the "Parties") to file a report by December 6, 2016 identifying their mediator and the mediation date and warned the Parties that "[f]urther extensions of these deadlines are unlikely, barring extraordinary circumstances." (Doc. No. 17 at 1). Now, the Parties have failed to meet the mediation deadline for a third time, as well as ignoring the Magistrate Judge's instruction to file a report identifying the mediator and

mediation date. The Court finds the Parties' repeated and blatant disregard for court orders to be irresponsible and perhaps a sign of bad faith.

**IT IS, THEREFORE, ORDERED** that within **seven (7) days** of this Order, the Parties show good cause, jointly if possible, as to why they have failed to meet the mediation deadline.

**Failure to comply with these deadlines may result in dismissal of this suit with prejudice and without further notice.**

Signed: January 26, 2017

Robert J. Conrad, Jr.
United States District Judge