# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:15-cv-00171-RJC-DCK

| | | |
|---|---|---|
| **JESSIE FLUKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **GENUINE PARTS COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** comes before the Court <u>sua</u> <u>sponte</u>.  On February 27, 2017, Mediator Calvin B. Bennett III filed a Mediation Report with the Court stating that the above-captioned matter has been completely settled.  (Doc. No. 21).  The Parties have been given 30 days, or until March 29, 2017, to file a Stipulation of Dismissal.  Accordingly, the trial for this matter, currently scheduled for March 6, 2017, shall be continued.

**IT IS, HEREBY, ORDERED** that the bench trial for this matter is rescheduled for May 1, 2017.

Signed: February 28, 2017

Robert J. Conrad, Jr.
United States District Judge