# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-cv-00171-RJC-DCK

| | |
|---|---|
| JESSIE FLUKER, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| GENUINE PARTS COMPANY, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court sua sponte. On February 27, 2017, Mediator Calvin B. Bennett III filed a Mediation Report with the Court stating that the above-captioned matter has been completely settled. (Doc. No. 21). The Parties were given 30 days, or until March 29, 2017, to file an agreement for entry of judgment or a stipulation of dismissal, and told that failure to do so would result in the Court dismissing the case without prejudice. The Parties have yet to file an agreement for entry of judgment or a stipulation of dismissal and the time for doing so has long passed.

**IT IS, THEREFORE, ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of Court is directed to enter separate judgment closing this case.

Signed: April 27, 2017

Robert J. Conrad, Jr.
United States District Judge